IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR NATIONAL SECURITY STUDIES, et al., Plaintiffs, | ) | |
| v. | ) | Civil Action No. 01-2500 |
| | ) | Judge Kessler |
| DEPARTMENT OF JUSTICE, Defendant. | ) | |

FILED
MAR 1 9 2002
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of plaintiffs' Consent Motion for Enlargement of Time, Out of Time, it is, this 19th ~~day~~ day of March, hereby ORDERED, that the motion is granted and plaintiffs shall file their opposition to defendant's motion for summary judgment and their cross-motion for summary judgment on or before March 18, 2002.

Gladys Kessler
Gladys Kessler
United States District Judge

(N)

21